UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES WILLIAM AUSSICKER,

        Petitioner,

v.                                              Case No. 2:08-CV-12280

CINDI CURTIN,

        Respondent.
_____/

**JUDGMENT**

In accordance with the court's "Opinion and Order Denying Petition for a Writ of Habeas Corpus and Declining to Issue a Certificate of Appealability," dated January 28, 2010,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Cindi Curtin and against Petitioner James William Aussicker. Dated at Detroit, Michigan, this 28th day of January 2010.

                                                  DAVID J. WEAVER
                                                  CLERK OF THE COURT

                                                  /s/Lisa Wagner
                                                  By:  Lisa Wagner, Case Manager
                                                      to Judge Robert H. Cleland